1  THEODORE B. STOLMAN (State Bar No. 52099)
   TStolman@Stutman.com
2  CAROL CHOW (State Bar No. 169299)
   CChow@Stutman.com
3  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
4  1901 Avenue of the Stars, 12th Floor
   Los Angeles, California 90067
5  Telephone: (310) 228-5600
   Facsimile: (310) 228-5788
6
   Attorneys for Appellant
7  Reorganized Debtor Daewoo Motor America, Inc.

8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  LOS ANGELES DIVISION

12  In re:                          Case No. 2:02-24411-BB

13  DAEWOO MOTOR AMERICA, INC.,     Chapter 11

14         Reorganized Debtor.

15                                  **STATEMENT OF ISSUES**

16

17

18

19

20

21

22        1.    Does the record support the bankruptcy court's denial of the Reorganized

23  Debtor's motion to extend the term of the Creditor Trust and to implement the Reorganization Plan by

24  conforming the Creditor Trust Agreement to the Plan?

25        2.    Did Daewoo Motor Co., Ltd. have standing in the bankruptcy court to oppose

26  extending the term of the Creditor Trust?

27        3.    Does Daewoo Motor Co., Ltd. have standing to defend against this appeal?

28

551370v1

| | | |
|---|---|---|
| 1 | DATED: May 26, 2011 | _/s/ Carol Chow_ |
| 2 | | Carol Chow |
| | | STUTMAN, TREISTER & GLATT |
| 3 | | PROFESSIONAL CORPORATION |
| | | Attorneys for Appellant |
| 4 | | Reorganized Debtor |
| | | Daewoo Motor America, Inc. |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |